UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:                                          Case No.:        17-35990MBK

    Visitacion A. Agnes                      Chapter:            13

                                           Judge:           Michael B. Kaplan

---

### NOTICE OF PROPOSED COMPROMISE or SETTLEMENT OF CONTROVERSY

---

The Debtor,   Visitacion A. Agnes  , in this case proposes a compromise, or to settle a claim and/or action as described below. If you object to the settlement or compromise, you must file a written objection with the Clerk of the United States Bankruptcy Court, and serve it on the person named below not later 7 days before the hearing date.

### Address of the Clerk:

### United States Bankruptcy Court
Clerk of Court

402 East State St.,

Trenton, NJ.  08608

If an objection is filed, a hearing will be held before the Honorable Michael B. Kaplan on _July 13, 2022 at 9:00 a.m. at the United States Bankruptcy Court, courtroom no. 8      , MOTION TO APPROVE DEBTOR'S PERSONAL INJURY CLAIM SETTLEMENT AGAINST CHANG  W. LEE, ET. AL.,

(hearing to be scheduled for at least 28 days from the date of the filing of the notice). If no objection is filed the clerk will enter a *Certification of No Objection* and the settlement may be completed as proposed.

      ❑   **Nature of action:**  personal injury claim.

**Pertinent terms of settlement:**    settlement of $25,250.00, which is to be distributed as follows:

$11,893.53 to the debtor, and $9,356.47 to Edward Colligan, Esq., representing

$5,946.76 for fees and $3,409.71 for reimbursement for costs.

Objections must be served on, and requests for additional information directed to:

Name:         Robert Manchel, Esq. Attorney for the debtor

Address:      1 Eves Dr., Marlton, NJ. 08053

Telephone No.: 856 797 1500

*rev.8/1/15*