UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: | Case No.:   17-35990MBK |
| Visitacion A. Agnes | Chapter:   13 |
| | Judge:   Michael B. Kaplan |

### NOTICE OF PROPOSED COMPROMISE or SETTLEMENT OF CONTROVERSY

The Debtor, Visitacion A. Agnes, in this case proposes a compromise, or to settle a claim and/or action as described below. If you object to the settlement or compromise, you must file a written objection with the Clerk of the United States Bankruptcy Court, and serve it on the person named below not later 7 days before the hearing date.

**Address of the Clerk:**

**United States Bankruptcy Court**
Clerk of Court

402 East State St.,

Trenton, NJ. 08608

If an objection is filed, a hearing will be held before the Honorable Michael B. Kaplan on _July 13, 2022 at 9:00 a.m. at the United States Bankruptcy Court, courtroom no. 8    , MOTION TO APPROVE DEBTOR'S PERSONAL INJURY CLAIM SETTLEMENT AGAINST CHANG W. LEE, ET. AL.,

(hearing to be scheduled for at least 28 days from the date of the filing of the notice). If no objection is filed the clerk will enter a *Certification of No Objection* and the settlement may be completed as proposed.

❑ **Nature of action:** personal injury claim.

**Pertinent terms of settlement:** settlement at $20,250.00, which is to be distributed as follows: $11,893.53 to the debtor, and $9,356.47 to Edward Colligan, Esq., representing $5,946.76 for fees and $3,409.71 for reimbursement for costs.

Objections must be served on, and requests for additional information directed to:

Name:             Robert Manchel, Esq. Attorney for the debtor

Address:          1 Eves Dr., Marlton, NJ. 08053

Telephone No.: 856 797 1500

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 17-35990-MBK

Visitacion A. Agnes  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3

Date Rcvd: Jun 03, 2022      Form ID: pdf905      Total Noticed: 25

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 05, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Visitacion A. Agnes, 140 Mineola Place, Edison, NJ 08817-3410 |
| 519489152 | + | Brunswick Eye Associates, c/o Amit Deshmukh, Esq., 29 Columbia Turnpike, Suite 302, Florham Park, NJ 07932-2240 |
| 517254582 | + | Robert Manchel, 1 Eves Dr., Suite 111, Marlton, NJ 08053-3125 |
| 517254583 | + | Shapiro & DeNardo, LLC, 14000 Commerce Parkway, Suite B, Mount Laurel, NJ 08054-2242 |
| 517254585 | ++ | WELLS FARGO BANK NA, WELLS FARGO HOME MORTGAGE AMERICAS SERVICING, ATTN BANKRUPTCY DEPT MAC X7801-014, 3476 STATEVIEW BLVD, FORT MILL SC 29715-7203 address filed with court:, Wells Fargo Hm Mortgag, 8480 Stagecoach Cir, Frederick, MD 21701 |
| 517313677 | + | Wells Fargo Bank, 1000 Blue Gentian Rd, Eagan, MN 55121-1663 |
| 517312611 | + | Wells Fargo Bank, N.A., Attention Payment Processing, MAC# X2302-04C, 1 Home Campus, Des Moines, Iowa 50328-0001 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 03 2022 20:30:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 03 2022 20:30:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517309757 | + | Email/Text: bankruptcy@cavps.com | Jun 03 2022 20:31:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 517376779 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 03 2022 20:36:26 | LVNV Funding, LLC its successors and assigns as, assignee of Arrow Financial Services,, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517337286 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 03 2022 20:30:00 | Midland Credit Management, Inc. as agent for, Asset Acceptance LLC, Po Box 2036, Warren MI 48090-2036 |
| 517254580 | | Email/Text: info@phoenixfinancialsvcs.com | Jun 03 2022 20:29:00 | Phoenix Financial Serv, 8902 Otis Ave Ste 103a, Indianapolis, IN 46216 |
| 517378586 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 03 2022 20:36:34 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 517254578 | | Email/Text: signed.order@pfwattorneys.com | Jun 03 2022 20:30:00 | Midland Funding LLC, c/o Pressler & Pressler, 7 Entin Road, Parsippany, NJ 07054 |
| 517254579 | | Email/Text: signed.order@pfwattorneys.com | Jun 03 2022 20:30:00 | New Century Financial Services, c/o Pressler & Pressler, 7 Entin Road, Parsippany, NJ 07054 |
| 517254581 | + | Email/Text: clientservices@remexinc.com | Jun 03 2022 20:30:00 | Remex Inc, 307 Wall St, Princeton, NJ 08540-1515 |
| 517254584 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jun 03 2022 20:30:00 | Toyota Motor Credit Co, 4 Gatehall Dr Ste 350, Parsippany, NJ 07054 |
| 517268169 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | | |

Case 17-35990-MBK    Doc 71    Filed 06/05/22    Entered 06/06/22 00:14:48    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 03, 2022 | Form ID: pdf905 | Total Noticed: 25 |

| | | | |
|---|---|---|---|
| | | Jun 03 2022 20:30:00 | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 517321617 | + Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Jun 03 2022 20:30:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 517269538 | + Email/PDF: OGCRegionIIBankruptcy@hud.gov | Jun 03 2022 20:36:32 | US Dept of Housing Urban Development, 451 7th St SW, Washington, DC 20410-0002 |
| 519118196 | + Email/Text: BKBCNMAIL@carringtonms.com | Jun 03 2022 20:29:00 | Wilmington Savings Fund Society, FSB, As Trustee, Carrington Mortgage Services, LLC, 1600 South Douglass Road, Suite 200-A, Anaheim, CA 92806, Wilmington Savings Fund Society, FSB, As 92806-5951 |
| 519118195 | + Email/Text: BKBCNMAIL@carringtonms.com | Jun 03 2022 20:29:00 | Wilmington Savings Fund Society, FSB, As Trustee, Carrington Mortgage Services, LLC, 1600 South Douglass Road, Suite 200-A, Anaheim, CA 92806-5948 |
| 519584851 | + Email/Text: BKBCNMAIL@carringtonms.com | Jun 03 2022 20:29:00 | Wilmington Savings Fund Society, FSB, as Trustee, 1600 South Douglass Rd., Anaheim, CA 92806-5948 |
| 519584852 | + Email/Text: BKBCNMAIL@carringtonms.com | Jun 03 2022 20:29:00 | Wilmington Savings Fund Society, FSB, as Trustee, 1600 South Douglass Rd., Anaheim, CA 92806, Wilmington Savings Fund Society, FSB, as, 1600 South Douglass Rd., Anaheim, CA 92806-5948 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 05, 2022           Signature:       /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 2, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Elizabeth L. Wassall | on behalf of Creditor WELLS FARGO BANK  NA ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com |

District/off: 0312-3 | User: admin | Page 3 of 3
Date Rcvd: Jun 03, 2022 | Form ID: pdf905 | Total Noticed: 25

Elizabeth L. Wassall
    on behalf of Creditor Wilmington Savings Fund Society  FSB, as Trustee of Juniper Mortgage Loan Trust A ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com

Kevin Gordon McDonald
    on behalf of Creditor Toyota Motor Credit Corporation kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com

Robert Manchel
    on behalf of Debtor Visitacion A. Agnes manchellaw@yahoo.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8