Law Offices of Robert Manchel
Executive Center of Greentree
One Eves Drive, Suite 111
Marlton, New Jersey 08053
(856)797-1500
Robert Manchel
RM 1141
Attorney For Debtor(s)

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | | | |
|---|---|---|---|
| IN RE: | Visitacion A. Agnes | : | CASE NO. 17-35990MBK |
| | | : | CHAPTER 13 |

CERTIFICATION OF EDWARD M. COLLIGAN, ESQ., IN SUPPORT OF MOTION TO APPROVE DEBTOR'S PERSONAL INJURY CLAIM SETTLEMENT AGAINST CHANG W. LEE, ET. AL.,

I, Edward M. Colligan, Esq. under penalties and perjury, certifies and states the following:

1. On or about September 15, 2015, Ms. Agnes was caused to sustain injuries, while driving a vehicle.

2. I represented her with the claim.

3. The claim settled for $21,250.00.

4. I am satisfied with the $21,250.00 settlement which is fair and reasonable.

5. The total settlement funds were disbursed as follows. $11,893.53 to Ms. Agnes, and $9,356.47 to me, representing $5,946.76 for fees and $3,409.71 for reimbursement of costs. I attach the disbursement details.

6. Concurrently with the filing of this motion, an Application to Appoint me as Special Counsel will be filed.

7. Based on the above, I respectfully request that the court approve the settlement and the disbursement of the settlement funds.

I, Edward M. Colligan, Esq., certifies that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated:                                         /s/Edward M. Colligan, Esq
                                               Edward M. Colligan, Esq.