Form loccrtno – loccrtnov27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17–35990–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Visitacion A. Agnes
  140 Mineola Place
  Edison, NJ 08817

Social Security No.:
  xxx–xx–6366

Employer's Tax I.D. No.:

## CERTIFICATION OF NO OBJECTION

I  Michael Brown , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Proposed Compromise or Settlement of Controversy:

Description of Property (if applicable):

Personal Injury Claim

Dated: July 7, 2022
JAN: mjb

Jeanne Naughton
Clerk