| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Robert Manchel, Esq.<br>1 Eves Dr., Suite 111<br>Marlton, NJ. 08053<br>Attorney for debtor(s)<br>RM-1141 | Order Filed on July 18, 2022<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
|---|---|
| In Re:<br><br>Visitacion Agnes | Case No. 17-35990MBK<br><br>Adv. No.: N/A<br><br>Hearing Date: |

ORDER APPROVING DEBTOR'S PERSONAL INJURY CLAIM SETTLEMENT AGAINST CHANG W. LEE, ET. AL.,

The relief set forth on the following page, numbered two (2) is hereby **ORDERED**.

**DATED: July 18, 2022**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

(page 2)
debtor: Visitacion Agnes
case no. 17-35990MBK
ORDER APPROVING DEBTOR'S PERSONAL INJURY CLAIM SETTLEMENT AGAINST CHANG W. LEE, ET. AL.,

THIS MATTER, being opened to the Court upon the Motion of Debtor, to Approve the Debtor's Personal Injury Claim Settlement Against, Chang W. Lee, et. al; and having considered the Motion, including responding documents and arguments, if any, and for good cause appearing, it is hereby

ORDERED, that:

1. The $21,250.00 settlement of Visitation Agnes' personal injury claim against Chang W. Lee, et. al. is hereby approved.

2. $11,893.53 of the settlement proceeds shall be disbursed to the debtor.

3. $9,356.47 of the settlement proceeds shall be disbursed to Edward M. Colligan, Esq., representing $5,946.76 for fees and $3,409.71 for reimbursement of costs.

4. A copy of this Order shall be served upon Trustee and other parties who entered their appearance on this Motion.