UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Robert Manchel, Esq.
1 Eves Dr., Suite 111
Marlton, NJ. 08053
Attorney for debtor(s)
RM-1141

Order Filed on July 18, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Visitacion Agnes

Case No. 17-35990MBK

Adv. No.: N/A

Hearing Date:

ORDER APPROVING DEBTOR'S PERSONAL INJURY CLAIM SETTLEMENT AGAINST CHANG W. LEE, ET. AL.,

The relief set forth on the following page, numbered two (2) is hereby **ORDERED**.

**DATED: July 18, 2022**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

(page 2)
debtor: Visitacion Agnes
case no. 17-35990MBK
ORDER APPROVING DEBTOR'S PERSONAL INJURY CLAIM SETTLEMENT AGAINST CHANG W. LEE, ET. AL.,

THIS MATTER, being opened to the Court upon the Motion of Debtor, to Approve the Debtor's Personal Injury Claim Settlement Against, Chang W. Lee, et. al; and having considered the Motion, including responding documents and arguments, if any, and for good cause appearing, it is hereby

ORDERED, that:

1. The $21,250.00 settlement of Visitation Agnes' personal injury claim against Chang W. Lee, et. al. is hereby approved.

2. $11,893.53 of the settlement proceeds shall be disbursed to the debtor.

3. $9,356.47 of the settlement proceeds shall be disbursed to Edward M. Colligan, Esq., representing $5,946.76 for fees and $3,409.71 for reimbursement of costs.

4. A copy of this Order shall be served upon Trustee and other parties who entered their appearance on this Motion.

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 17-35990-MBK
Visitacion A. Agnes  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 2
Date Rcvd: Jul 18, 2022      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 20, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Visitacion A. Agnes, 140 Mineola Place, Edison, NJ 08817-3410 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 20, 2022      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 18, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Elizabeth L. Wassall | on behalf of Creditor WELLS FARGO BANK NA ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com |
| Elizabeth L. Wassall | on behalf of Creditor Wilmington Savings Fund Society FSB, as Trustee of Juniper Mortgage Loan Trust A ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com |
| Kevin Gordon McDonald | on behalf of Creditor Toyota Motor Credit Corporation kmcdonald@kmllawgroup.com bkgroup@kmllawgroup.com |

District/off: 0312-3 | User: admin | Page 2 of 2
Date Rcvd: Jul 18, 2022 | Form ID: pdf903 | Total Noticed: 1

Robert Manchel
          on behalf of Debtor Visitacion A. Agnes manchellaw@yahoo.com

U.S. Trustee
          USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8