Form cscnodsc − ntccsclsnodis

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17−35990−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Visitacion A. Agnes
   140 Mineola Place
   Edison, NJ 08817

Social Security No.:
   xxx−xx−6366

Employer's Tax I.D. No.:

## NOTICE OF CASE CLOSED WITHOUT DISCHARGE

   All creditors and parties in interest are notified that the above−named case has been closed without entry of discharge for the reason(s) indicated below.

☐    Debtor has not filed a **Certification About a Financial Management Course** (Official Form 423) proving compliance with the instructional course requirement for discharge.

☐    Joint debtor has not filed a **Certification About a Financial Management Course** (Official Form 423) proving compliance with the instructional course requirement for discharge.

☑    Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

☐    Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

☐    Debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

☐    Joint debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

☐    Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4−year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

☐    Joint Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4 year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

☐    An Order denying or revoking the debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

☐ An Order denying or revoking the joint debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

    If the debtor subsequently files a Motion to Reopen the Case to allow for the filing of the above document, the debtor must pay the applicable filing fee. If the debtor's case was closed because the debtor received a discharge in a previous case as set forth above, the debtor will have received a Notice of Clerk's Evidence of Previous Discharge providing an opportunity to be heard prior to case closing.

Dated: March 22, 2023
JAN: mmf

                                                     Jeanne Naughton
                                                     Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                    Case No. 17-35990-MBK
Visitacion A. Agnes                                                                        Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin        Page 1 of 3
Date Rcvd: Mar 22, 2023        Form ID: cscnodsc        Total Noticed: 27

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 24, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Visitacion A. Agnes, 140 Mineola Place, Edison, NJ 08817-3410 |
| sp | #+ | Edward Colligan, Colligan and Colligan, 17 Academy Street Suite 510, Newark, NJ 07102-2932 |
| 519489152 | + | Brunswick Eye Associates, c/o Amit Deshmukh, Esq., 29 Columbia Turnpike, Suite 302, Florham Park, NJ 07932-2240 |
| 517254582 | + | Robert Manchel, 1 Eves Dr., Suite 111, Marlton, NJ 08053-3125 |
| 517254583 | + | Shapiro & DeNardo, LLC, 14000 Commerce Parkway, Suite B, Mount Laurel, NJ 08054-2242 |
| 517254585 | ++ | WELLS FARGO BANK NA, WELLS FARGO HOME MORTGAGE AMERICAS SERVICING, ATTN BANKRUPTCY DEPT MAC X7801-014, 3476 STATEVIEW BLVD, FORT MILL SC 29715-7203 address filed with court:, Wells Fargo Hm Mortgag, 8480 Stagecoach Cir, Frederick, MD 21701 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 22 2023 20:26:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 22 2023 20:26:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: BKBCNMAIL@carringtonms.com | Mar 22 2023 20:26:00 | WILMINGTON SAVINGS FUNd SOCIETY, FSB, AS TRUSTEE O, 1600 South Douglass Road, Anaheim, CA 92806-5948 |
| 517309757 | + | Email/Text: bankruptcy@cavps.com | Mar 22 2023 20:26:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 517376779 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 22 2023 20:30:19 | LVNV Funding, LLC its successors and assigns as, assignee of Arrow Financial Services,, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517337286 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 22 2023 20:26:00 | Midland Credit Management, Inc. as agent for, Asset Acceptance LLC, Po Box 2036, Warren MI 48090-2036 |
| 517254580 | | Email/Text: info@phoenixfinancialsvcs.com | Mar 22 2023 20:26:00 | Phoenix Financial Serv, 8902 Otis Ave Ste 103a, Indianapolis, IN 46216 |
| 517378586 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 22 2023 20:42:32 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 517254578 | | Email/Text: signed.order@pfwattorneys.com | Mar 22 2023 20:26:00 | Midland Funding LLC, c/o Pressler & Pressler, 7 Entin Road, Parsippany, NJ 07054 |
| 517254579 | | Email/Text: signed.order@pfwattorneys.com | Mar 22 2023 20:26:00 | New Century Financial Services, c/o Pressler & Pressler, 7 Entin Road, Parsippany, NJ 07054 |
| 517254581 | + | Email/Text: clientservices@remexinc.com | Mar 22 2023 20:26:00 | Remex Inc, 307 Wall St, Princeton, NJ |

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 22, 2023 | Form ID: cscnodsc | Total Noticed: 27 |

| | | | | |
|---|---|---|---|---|
| | | | | 08540-1515 |
| 517254584 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Mar 22 2023 20:26:00 | Toyota Motor Credit Co, 4 Gatehall Dr Ste 350, Parsippany, NJ 07054 |
| 517268169 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Mar 22 2023 20:26:00 | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 517321617 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Mar 22 2023 20:26:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 517269538 | + | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Mar 22 2023 20:30:29 | US Dept of Housing Urban Development, 451 7th St SW, Washington, DC 20410-0002 |
| 517313677 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Mar 22 2023 20:30:41 | Wells Fargo Bank, 1000 Blue Gentian Rd, Eagan, MN 55121-1663 |
| 517312611 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Mar 22 2023 20:30:41 | Wells Fargo Bank, N.A., Attention Payment Processing, MAC# X2302-04C, 1 Home Campus, Des Moines, Iowa 50328-0001 |
| 519118196 | + | Email/Text: BKBCNMAIL@carringtonms.com | Mar 22 2023 20:26:00 | Wilmington Savings Fund Society, FSB, As Trustee, Carrington Mortgage Services, LLC, 1600 South Douglass Road, Suite 200-A, Anaheim, CA 92806, Wilmington Savings Fund Society, FSB, As 92806-5948 |
| 519118195 | + | Email/Text: BKBCNMAIL@carringtonms.com | Mar 22 2023 20:26:00 | Wilmington Savings Fund Society, FSB, As Trustee, Carrington Mortgage Services, LLC, 1600 South Douglass Road, Suite 200-A, Anaheim, CA 92806-5948 |
| 519584851 | + | Email/Text: BKBCNMAIL@carringtonms.com | Mar 22 2023 20:26:00 | Wilmington Savings Fund Society, FSB, as Trustee, 1600 South Douglass Rd., Anaheim, CA 92806-5948 |
| 519584852 | + | Email/Text: BKBCNMAIL@carringtonms.com | Mar 22 2023 20:26:00 | Wilmington Savings Fund Society, FSB, as Trustee, 1600 South Douglass Rd., Anaheim, CA 92806, Wilmington Savings Fund Society, FSB, as, 1600 South Douglass Rd., Anaheim, CA 92806-5948 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| Date: Mar 24, 2023 | Signature: | /s/Gustava Winters |
|---|---|---|

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 22, 2023 at the address(es) listed below:

District/off: 0312-3 | User: admin | Page 3 of 3
Date Rcvd: Mar 22, 2023 | Form ID: cscnodsc | Total Noticed: 27

| Name | Email Address |
| --- | --- |
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Elizabeth L. Wassall | on behalf of Creditor WILMINGTON SAVINGS FUNd SOCIETY  FSB, AS TRUSTEE OF STANWICH MORTGAGE LOAN TRUST M ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com |
| Elizabeth L. Wassall | on behalf of Creditor WELLS FARGO BANK  NA ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com |
| Elizabeth L. Wassall | on behalf of Creditor Wilmington Savings Fund Society  FSB, as Trustee of Juniper Mortgage Loan Trust A ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com |
| Kathleen M Magoon | on behalf of Creditor WILMINGTON SAVINGS FUNd SOCIETY  FSB, AS TRUSTEE OF STANWICH MORTGAGE LOAN TRUST M logsecf@logs.com, kathleenmagoon@gmail.com |
| Kevin Gordon McDonald | on behalf of Creditor Toyota Motor Credit Corporation kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Robert Manchel | on behalf of Debtor Visitacion A. Agnes manchellaw@yahoo.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 10