| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Robert Manchel, Esquire<br>1 Eves Drive, Suite 111<br>Marlton, NJ 08053-3125<br>Attorney for Debtor(s)<br>RM-1141 | Order Filed on April 27, 2023<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
|---|---|
| In Re:<br><br>Visitacion A. Agnes | Case No. 17-35990MBK<br><br>Adv. No.: N/A<br><br>Hearing Date:<br><br>Judge: KAPLAN |

Order Reopening Case to Allow for a Discharge

**ORDERED** The relief set forth on the following page, numbered two (2) is hereby.

DATED: April 27, 2023

Honorable Michael B. Kaplan
United States Bankruptcy Judge

(page 2)
debtor: Visitacion Agnes
case no. 17-35990MBK
Order Reopening Case to Allow for a Discharge

THIS MATTER, being opened to the Court upon the Motion of Debtor to Reopen Case to Allow for a Discharge, and having considered the Motion, including responding documents and arguments, if any, and for good cause appearing, it is hereby

ORDERED, that:

1. The above referenced case is reopened to Allow for a Discharge

2. A copy of this Order shall be served upon Trustee and other parties who entered their appearance on this Motion.

..........