| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Visitacion A. Agnes <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–6366 <br> EIN   __–_____ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____ <br> EIN   __–_____ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 17–35990–MBK | |

# Order of Discharge                                                                 12/18

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Visitacion A. Agnes

<u>4/27/23</u>                                                   **By the court:** <u>Michael B. Kaplan</u>
                                                                            United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

---

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  
Visitacion A. Agnes  
    Debtor

Case No. 17-35990-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3  
Date Rcvd: Apr 27, 2023      Form ID: 3180W      Total Noticed: 27

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 29, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Visitacion A. Agnes, 140 Mineola Place, Edison, NJ 08817-3410 |
| sp | #+ | Edward Colligan, Colligan and Colligan, 17 Academy Street Suite 510, Newark, NJ 07102-2932 |
| 519489152 | + | Brunswick Eye Associates, c/o Amit Deshmukh, Esq., 29 Columbia Turnpike, Suite 302, Florham Park, NJ 07932-2240 |
| 517254582 | + | Robert Manchel, 1 Eves Dr., Suite 111, Marlton, NJ 08053-3125 |
| 517254583 | + | Shapiro & DeNardo, LLC, 14000 Commerce Parkway, Suite B, Mount Laurel, NJ 08054-2242 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 27 2023 20:39:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 27 2023 20:39:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: BKBCNMAIL@carringtonms.com | Apr 27 2023 20:38:00 | WILMINGTON SAVINGS FUNd SOCIETY, FSB, AS TRUSTEE O, 1600 South Douglass Road, Anaheim, CA 92806-5948 |
| 517309757 | + | Email/Text: bankruptcy@cavps.com | Apr 27 2023 20:39:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 517376779 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 27 2023 20:42:39 | LVNV Funding, LLC its successors and assigns as, assignee of Arrow Financial Services,, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517337286 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 27 2023 20:39:00 | Midland Credit Management, Inc. as agent for, Asset Acceptance LLC, Po Box 2036, Warren MI 48090-2036 |
| 517254580 | | Email/Text: info@phoenixfinancialsvcs.com | Apr 27 2023 20:38:00 | Phoenix Financial Serv, 8902 Otis Ave Ste 103a, Indianapolis, IN 46216 |
| 517378586 | | EDI: PRA.COM | Apr 28 2023 00:25:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 517254578 | | Email/Text: signed.order@pfwattorneys.com | Apr 27 2023 20:38:00 | Midland Funding LLC, c/o Pressler & Pressler, 7 Entin Road, Parsippany, NJ 07054 |
| 517254579 | | Email/Text: signed.order@pfwattorneys.com | Apr 27 2023 20:38:00 | New Century Financial Services, c/o Pressler & Pressler, 7 Entin Road, Parsippany, NJ 07054 |
| 517254581 | + | Email/Text: clientservices@remexinc.com | Apr 27 2023 20:38:00 | Remex Inc, 307 Wall St, Princeton, NJ 08540-1515 |
| 517254584 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Apr 27 2023 20:39:00 | Toyota Motor Credit Co, 4 Gatehall Dr Ste 350, Parsippany, NJ 07054 |
| 517268169 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | | |

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 27, 2023 | Form ID: 3180W | Total Noticed: 27 |

| | | | | |
|---|---|---|---|---|
| | | | Apr 27 2023 20:38:00 | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 517321617 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Apr 27 2023 20:38:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 517269538 | + | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Apr 27 2023 20:42:29 | US Dept of Housing Urban Development, 451 7th St SW, Washington, DC 20410-0002 |
| 517254585 | | EDI: WFFC.COM | Apr 28 2023 00:25:00 | Wells Fargo Hm Mortgag, 8480 Stagecoach Cir, Frederick, MD 21701 |
| 517313677 | + | EDI: WFFC2 | Apr 28 2023 00:25:00 | Wells Fargo Bank, 1000 Blue Gentian Rd, Eagan, MN 55121-1663 |
| 517312611 | + | EDI: WFFC2 | Apr 28 2023 00:25:00 | Wells Fargo Bank, N.A., Attention Payment Processing, MAC# X2302-04C, 1 Home Campus, Des Moines, Iowa 50328-0001 |
| 519118196 | + | Email/Text: BKBCNMAIL@carringtonms.com | Apr 27 2023 20:38:00 | Wilmington Savings Fund Society, FSB, As Trustee, Carrington Mortgage Services, LLC, 1600 South Douglass Road, Suite 200-A, Anaheim, CA 92806, Wilmington Savings Fund Society, FSB, As 92806-5948 |
| 519118195 | + | Email/Text: BKBCNMAIL@carringtonms.com | Apr 27 2023 20:38:00 | Wilmington Savings Fund Society, FSB, As Trustee, Carrington Mortgage Services, LLC, 1600 South Douglass Road, Suite 200-A, Anaheim, CA 92806-5948 |
| 519584851 | + | Email/Text: BKBCNMAIL@carringtonms.com | Apr 27 2023 20:38:00 | Wilmington Savings Fund Society, FSB, as Trustee, 1600 South Douglass Rd., Anaheim, CA 92806-5948 |
| 519584852 | + | Email/Text: BKBCNMAIL@carringtonms.com | Apr 27 2023 20:38:00 | Wilmington Savings Fund Society, FSB, as Trustee, 1600 South Douglass Rd., Anaheim, CA 92806, Wilmington Savings Fund Society, FSB, as, 1600 South Douglass Rd., Anaheim, CA 92806-5948 |

TOTAL: 22

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 29, 2023            Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 27, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | |

Case 17-35990-MBK    Doc 110    Filed 04/29/23    Entered 04/30/23 00:15:03    Desc
Imaged Certificate of Notice    Page 5 of 5

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Apr 27, 2023 | Form ID: 3180W | Total Noticed: 27 |

| | |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| | docs@russotrustee.com |
| Denise E. Carlon | |
| | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Elizabeth L. Wassall | |
| | on behalf of Creditor WILMINGTON SAVINGS FUNd SOCIETY  FSB, AS TRUSTEE OF STANWICH MORTGAGE LOAN TRUST M ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com |
| Elizabeth L. Wassall | |
| | on behalf of Creditor WELLS FARGO BANK  NA ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com |
| Elizabeth L. Wassall | |
| | on behalf of Creditor Wilmington Savings Fund Society  FSB, as Trustee of Juniper Mortgage Loan Trust A ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com |
| Kathleen M Magoon | |
| | on behalf of Creditor WILMINGTON SAVINGS FUNd SOCIETY  FSB, AS TRUSTEE OF STANWICH MORTGAGE LOAN TRUST M logsecf@logs.com, kathleenmagoon@gmail.com |
| Kevin Gordon McDonald | |
| | on behalf of Creditor Toyota Motor Credit Corporation kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Robert Manchel | |
| | on behalf of Debtor Visitacion A. Agnes manchellaw@yahoo.com |
| U.S. Trustee | |
| | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 10